No. 99–307.  MOORE ET AL. *v.* TIME INC. ET AL.  C. A. 2d Cir. Certiorari denied.

No. 99–310.  PERRY *v.* UNITED STATES ET AL.  C. A. 7th Cir. Certiorari denied.

No. 99–313.  CUMMINS *v.* PEPSI-COLA CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–314.  FOFANA ET AL. *v.* LANDTECH ENGINEERING ET AL.  Ct. App. Md.  Certiorari denied.

No. 99–316.  BROADWAY *v.* SINEX ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–317.  ARNETT *v.* UNITED STATES ET AL.  C. A. 6th Cir. Certiorari denied.

No. 99–318.  MCGLONE *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 99–320.  AKS DAKS COMMUNICATIONS, INC., ET AL. *v.* ARIZONA CORPORATIONS COMMISSION ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 99–322.  MCGUINNESS *v.* REGENTS OF THE UNIVERSITY OF NEW MEXICO.  C. A. 10th Cir.  Certiorari denied.

No. 99–327.  DANIELSON *v.* HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 99–330.  DAVIDSON *v.* DETROIT FREE PRESS, INC., ET AL. Ct. App. Mich.  Certiorari denied.

No. 99–335.  TICHENOR *v.* CALDERA, SECRETARY OF THE ARMY.  C. A. 6th Cir.  Certiorari denied.

No. 99–336.  GILLAND *v.* CALDERA, SECRETARY OF THE ARMY. C. A. 6th Cir.  Certiorari denied.

No. 99–346.  BOGGIA *v.* UNITED STATES ET AL.  C. A. 2d Cir. Certiorari denied.